## 4

**Norman T. BOGGS et al. v. SECURITY TRUST COMPANY, as Executor of the Last Will and Testament of Cornelia Curtis, Deceased, et al.**

(Circuit Court of Appeals, Sixth Circuit. January 5, 1926.)

No. 4570.

Appeal from the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge.

Charles F. Delbridge, of Detroit, Mich., for appellants.

Goodenough, Voorhies, Long & Ryan, of Detroit, Mich., for appellees.

PER CURIAM. Order docketing appeal without further record and affirming order of District Court dismissing bills of complaint.